UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

WILLIAM SOTO,

        Plaintiff,

    v.

SAN QUENTIN STATE PRISON; et al.,

        Defendants.

                          /

No. C 11-5023 SI (pr)

**ORDER OF DISMISSAL**

      William Soto filed this *pro se* civil rights action under 42 U.S.C. § 1983 concerning conditions of confinement at San Quentin State Prison, where he previously was incarcerated. The court reviewed the complaint, found that it had several deficiencies, and ordered Soto to file an amended complaint by April 13, 2012. The deadline has passed and Soto did not file the required amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b). The clerk shall close the file.

      IT IS SO ORDERED.

Dated: May 19, 2012

                            SUSAN ILLSTON
                          United States District Judge

**United States District Court**
For the Northern District of California