UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WILLIAM SOTO, | No. C 11-5023 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SAN QUENTIN STATE PRISON; et al., | |
| Defendants. | |

William Soto filed this *pro se* civil rights action under 42 U.S.C. § 1983 concerning conditions of confinement at San Quentin State Prison, where he previously was incarcerated. The court reviewed the complaint, found that it had several deficiencies, and ordered Soto to file an amended complaint by April 13, 2012. The deadline has passed and Soto did not file the required amended complaint. Accordingly, this action is dismissed for failure to prosecute and failure to comply with the court's order. *See* Fed. R. Civ. P. 41(b). The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 19, 2012

_____
SUSAN ILLSTON
United States District Judge