**United States District Court**
For the Northern District of California

1
2
3
4
5    UNITED STATES DISTRICT COURT
6    NORTHERN DISTRICT OF CALIFORNIA
7
8    WILLIAM SOTO,                                            No. C 11-5023 SI (pr)
9            Plaintiff,                                       **JUDGMENT**
10       v.
11   SAN QUENTIN STATE PRISON; et al.,
12           Defendants.
13   _____/
14
15       This action is dismissed for failure to prosecute and failure to comply with the court's
16   order.
17
18       IT IS SO ORDERED AND ADJUDGED.
19
20   Dated: May 19, 2012                               _____
21                                                      SUSAN ILLSTON
                                                        United States District Judge
22
23
24
25
26
27
28